UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SATISH EMRIT,

        Plaintiff,

vs.

        Case No. 17-13337
        HON. GEORGE CARAM STEEH

RUTH JOHNSON, and
THE MICHIGAN DEMOCRATIC
PARTY,

        Defendants.
_____/

ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS AND
DISMISSING CASE PURSUANT TO 28 U.S.C. § 1915(e)(2)(b)(i)

Plaintiff Ronald Satish Emrit, proceeding *pro se*, has filed suit against Ruth Johnson and the Michigan Democratic Party. Based upon the information in the Application to Proceed Without Prepaying Fees or Costs, the Court grants plaintiff *in forma pauperis* status pursuant to 28 U.S.C. § 1915. For the reasons that follow, however, the Court dismisses plaintiff's complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff's complaint is based upon the allegation that rules requiring individuals to collect signatures before being placed on the presidential election ballot violates the Equal Protection Clause (Count I), the Due Process Clause (Count II), the Privileges and Immunities Clause (Count

- 1 -

III), 42 U.S.C. § 1983 (Count IV), Title VII of the Civil Rights Act of 1964 (Count V), and the Americans with Disabilities Act (Count VI). Plaintiff also alleges this requirement led to negligence (Count VII) and a material breach of contract (Count VIII). Plaintiff does not allege sufficient facts to make out any legally cognizable action over which this Court may have jurisdiction. The Court, therefore, finds that plaintiff's claims are frivolous because they lack an arguable basis in law or fact.

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Based on the preceding order, this Court certifies that any appeal from this decision would be frivolous, not in good faith and, therefore, pursuant to 28 U.S.C. § 1915(a)(3), may not be taken *in forma pauperis*.

IT IS SO ORDERED.

Dated: October 19, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 19, 2017, by electronic and/or ordinary mail and also on Ronald Satish Emrit, 5108 Cornelias Prospect Dr., Bowie, MD 20720

s/Barbara Radke
Deputy Clerk