UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SATISH EMRIT,

    Plaintiff,

vs.

    Case No. 17-13337
    HON. GEORGE CARAM STEEH

RUTH JOHNSON,

    Defendant.

_____/

## ORDER DISMISSING PLANTIFF'S AMENDED COMPLAINT (DOC. 7) AND SECOND AMENDED COMPLAINT (DOC. 9)

Plaintiff filed a complaint and an application to proceed in *forma pauperis* on October 10, 2017. The Court granted his application and dismissed the case pursuant to 28 U.S.C. § 1915(e)(2)(b)(i) on October 19, 2017. (Doc. 4). Plaintiff filed a notice of appeal on November 7, 2017. (Doc. 5). Plaintiff thereafter filed an amended complaint, (Doc. 7), on November 16, 2017, and a second amended complaint, (Doc. 8) on December 12, 2017. The Court hereby dismisses the amended complaint and second amended complaint because it no longer has jurisdiction following plaintiff's appeal.

    IT IS SO ORDERED.

Dated: December 14, 2017

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 14, 2017, by electronic and/or ordinary mail and also on Ronald Satish Emrit, 8756 Las Vegas Court, Apartment 2023, Fort Worth, TX 76116

s/Barbara Radke
Deputy Clerk